The document below is hereby signed.

Signed: August 11, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JARON RASHEA BRICE, | ) | Case No. 10-00706 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| | ) | **Not for publication in** |
| | ) | **West's Bankruptcy Reporter** |

## MEMORANDUM DECISION

The debtor has filed a motion to extend the time to comply with this court's prior Memorandum Decision and Order (which erroneously listed the case number as Case No. 09-00706 in lieu of the correct Case No. 10-00706). That motion speaks of preparing for credit counseling and does not suggest that the debtor took credit counseling **prepetition**. Because the debtor is only eligible to file a case if he took **prepetition** credit counseling, the motion will be denied and the case will be dismissed. The dismissal does not bar the debtor's filing a new case. An order follows.

                                        [Signed and dated above.]

Copies to: Debtor; Chapter 7 Trustee; Office of the United States Trustee.